UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MINERMET S.p.A.,

                Plaintiff,

                                                            08 CV 0915 (RMB)

       v.

                                                            **STATEMENT PURSUANT**
                                                             **TO F.R.C.P. 7.1**

GRAINFIELDS L.L.P.,

                Defendant.
-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, MINERMET S.p.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
         January 28, 2008

                                              CHALOS, O'CONNOR & DUFFY, L.L.P.
                                              Attorneys for Plaintiff
                                              MINERMET S.p.A.

                By:      _____
                                              George M. Chalos (GC-8693)
                                              366 Main Street
                                              Port Washington, New York 11050
                                              Tel: (516) 767-3600
                                              Fax: (516) 767-3605
                                              Email: gmc@codus-law.com