```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MINERMET S.P.A.,

                            Plaintiff,

-v-

GRAINFIELDS L.L.P.

                            Defendant.
------------------------------------------------------------x

08 CV 0915 (RMB)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, MINERMET S.P.A., as to defendant, GRAINFIELDS L.L.P., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

*Clerk to close this case.*

Dated: Port Washington, New York
        May 23, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff
                                        MINERMET S.P.A.

                          By:  _____
                              George M. Chalos (GC-8693)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel:  (516) 767-3600
                              Fax: (516) 767-3605
SO ORDERED:                 Email: gmc@codus-law.com

*RMB*
_____
Hon. Richard M. Berman, U.S.D.J.

5/27/08